UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

LU'SEAN BROWN                                                                                    PLAINTIFFS

v.                                                                        CIVIL ACTION NO. 3:11CV-P675-S

MIKE SIMPSON et al.                                                                              DEFENDANTS

### MEMORANDUM OPINION

Plaintiff Lu'Sean Brown initiated this civil action under 42 U.S.C. § 1983. The Court sent an Order to Plaintiff on January 5, 2012, for him to fill out this Court's complaint form within 30 days. The Order advised Plaintiff that failure to file a complaint on the appropriate form within the time allowed would result in dismissal of this action. Review of the record in this action reveals that Plaintiff has failed to comply with this Court's Order.[1] It has been more than 30 days since the Order was sent to Plaintiff with no response from Plaintiff.

Therefore, by separate Order this Court will dismiss this action pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and failure to prosecute.

Date: March 29, 2012

Charles R. Simpson III, Judge
United States District Court

cc:    Plaintiff, *pro se*
       Defendants
4411.009

---

[1] The Court's Order originally was sent to Plaintiff at his address at Oldham County Jail. That mailing was returned by the United States Postal Service marked, "Return to Sender; Inmate No Longer Here." The Jailer at Oldham County Jail sent the Court a courtesy letter explaining that Plaintiff had been transferred to Roederrer Correctional Complex (RCC). The Court resent the Order to Plaintiff at RCC on January 18, 2012. It has not been returned.